UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

---------------------------------------------------------------X

In Re:

SALVATORE G ALTIERI,

                 Debtor.

---------------------------------------------------------------X

Case No. 19-22640-rdd

Chapter 7

**AMENDED NOTICE OF MOTION**

      Upon the annexed affirmation of Jenelle C. Arnold, Esq., dated April 11, 2019 and the exhibits annexed thereto, Bank of America, N.A., a secured creditor, will move this court before the Hon. Judge Honorable Robert D. Drain, United States Bankruptcy Judge, on the 25th day of July, 2019 at 10:00 AM in the forenoon of that day, or as soon thereafter as counsel may be heard, at the courthouse located at for an order pursuant to 362(d)(1) & (2) of the Bankruptcy Code modifying the automatic stay so that Bank of America, N.A., as secured creditor, can foreclose the mortgage it holds on the premises known as 100 Highpoint Dr 806, Hartsdale, New York 10530, on the grounds that (a) Bank of America, N.A. is not adequately protected; (b) Debtor has failed to make payments and (c) for such other and further relief as this Court deems just and proper.

Dated: May 14, 2019

                                          Respectfully submitted,

                                          /s/ Jenelle C. Arnold
                                          Jenelle C. Arnold, Bar No.: 5263777
                                          Attorney for Movant
                                          Aldridge Pite, LLP
                                          4375 Jutland Drive, Suite 200
                                          P.O. Box 17933
                                          San Diego, CA 92177-0933
                                          Telephone: (858) 750-7600
                                          Facsimile: (619) 590-1385
                                          Email: JArnold@aldridgepite.com

TO:

Salvatore G Altieri
100 Highpoint Drive
Apt 806
Hartsdale, NY 10530

Gary R. Gjertsen
Clair & Gjertsen
4 New King Street Suite 140
White Plains, NY 10604
gg@clairgjertsen.com

Marianne T. O'Toole
Marianne T. O'Toole, LLC
22 Valley Road
Katonah, NY 10536
trustee@otoolegroup.com

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
USTPRegion02.NYECF@USDOJ.GOV

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

---------------------------------------------------------------X    Case No. 19-22640-rdd
In Re:

                                                                    Chapter 7

SALVATORE G ALTIERI,

                    Debtor.                                         **CERTIFICATE OF SERVICE**
---------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Amended Notice of Motion was mailed by U.S. Mail on May 14, 2019 to the parties listed below:

| | |
|---|---|
| Salvatore G Altieri<br>100 Highpoint Drive<br>Apt 806<br>Hartsdale, NY 10530 | Marianne T. O'Toole<br>Marianne T. O'Toole, LLC<br>22 Valley Road<br>Katonah, NY 10536<br>trustee@otoolegroup.com |
| Gary R. Gjertsen<br>Clair & Gjertsen<br>4 New King Street Suite 140<br>White Plains, NY 10604<br>gg@clairgjertsen.com | Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>USTPRegion02.NYECF@USDOJ.GOV |

Respectfully submitted,

/s/ Jenelle C. Arnold
By: Jenelle C. Arnold_____
4375 Jutland Drive, Suite 200
San Diego, CA 92177-0933
(858) 750-7600