# CLAIR & GJERTSEN
### ATTORNEYS AT LAW

4 NEW KING STREET
WHITE PLAINS, NEW YORK 10604
914 472 6202
FAX 472 1936
EMAIL: CLAIRGJERTSEN@CS.COM OR
IRACLAIR@AOL.COM

July 19, 2019

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

    Re:    Salvatore G. Altieri
             Case No: 19-22640

Dear Honorable Sir:

Please be advised that we are not opposing the Motion For Relief filed by the bank that is scheduled for July 25, 2019.

Thank you for your attention in this matter.

Respectfully,

Gary R. Gjertsen